UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

ORIGINAL

| | |
|---|---|
| Nan Jiang<br>171 Thorn Lane, Apt . 12<br>Newark, DE 19711<br><br>                                    Plaintiff,<br><br>vs.<br><br>Michael Chertoff, Secretary<br>Department of Homeland Security;<br><br>Emilio T. Gonzalez, Director<br>U. S. Citizenship and Immigration Services;<br><br>Evelyn Upchurch, Director<br>Texas Service Center<br>U. S. Citizenship and Immigration Services;<br><br>Robert Muller, Director<br>Federal Bureau of Investigation;<br><br>                                    Defendants. | Case No.: 07-786<br><br>COMPLAINT FOR WRIT<br>IN THE NATURE OF MANDAMUS &<br>DECLARATORY JUDGEMENT |

NOW come the Plaintiff, Nan Jiang, by and through Pro Se, in the above-captioned matter, and hereby states as follows:

1. This is a petition for a statutory relief pursuant to law including US Constitution, Mandamus Act (28 U.S.C. § 1361), Declaratory Judgment Act (28 U.S.C. § 2201), and the Administrative Procedures Act (5 U.S.C. § 551 et seq.). This action is brought against the Defendants to compel action on the unreasonably delayed processing of Plaintiff's I-485 application. The application was filed and remains within the jurisdiction of the Defendants, who have improperly handled and delayed

1

processing the application to Plaintiff's detriment.

## PARTIES

2. Plaintiff, Nan Jiang, resides at 171 Thorn Lane, Apt. 12, Newark, DE 19711 (alien number as A098737603), is the applicant of an Application To Register Permanent Residence or Adjust Status (AOS, or I-485), filed with the USCIS on May 6, 2005.

3. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security, and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security. 8 USC § 1103(a). More specifically, the Secretary of the Department of Homeland Security is responsible for the adjudication of applications for nonimmigrant visas filed pursuant to the Immigration and Nationality Act (INA). The U.S. Citizenship & Immigration Services is an agency within the Department of Homeland Security to whom the Secretary of the Department of Homeland Security's authority has in part been delegated, and is subject to the Secretary of the Department of Homeland Security's supervision.

4. Defendant Emilio T. Gonzalez is the Director of the U. S. Citizenship & Immigration Services (USCIS) and an official generally charged with supervisory authority over all operations of the USCIS with certain specific exceptions not relevant here. 8 CFR § 103.1(g)(2)(ii)(B).

5. Defendant Evelyn Upchurch is the Director of the Texas Service Center of USCIS. He is responsible for the administration of immigration benefits and services including the processing of employment-based immigration petitions. As such, he has decision-making authority over the matters alleged in this Complaint.

6. Defendant Robert Muller is the Director of Federal Bureau of Investigations (FBI), the law enforcement agency that conducts security clearances for other U.S. government agencies, such as the Department of State. As will be shown, Defendant has failed to complete the security clearances of Plaintiff's cases.

## JURISDICTION

7. This Court has subject matter jurisdiction over this petition under 28 U.S.C. § 1331

(Federal question statute) since this is a civil action arising under the Constitution and the laws of the United states, including the Fifth Amendment to the U.S. Constitution, provisions of Title 8 U.S.C. § 1101 et seq. (Immigration and Nationality Act, INA) and applicable regulations, policies and procedures arising there under. This Court may grant relief in this action under 28 U.S.C. § 1361 (Mandamus Act); 28 U.S.C. § 1651 (All Writs Act); 28 U.S.C. § 2201 (Declaratory Judgment Act); and under 5 U.S.C. § 701 et seq. (Administrative Procedures Act).

## VENUE

8. Venue is proper in this court, pursuant to 28 USC §1391(e), in that Plaintiff may request a hearing on the matter in the District where Plaintiff resides.

## EXHAUSTION OF REMEDIES

9. The Plaintiff has exhausted her administrative remedies. The Plaintiff has supplied the USCIS and FBI documents that clearly establish her eligibility to Register Permanent Resident or Adjust Status.

## CAUSE OF ACTION

10. Plaintiff properly filed and applied for I-485, Application to Register Permanent Residence or Adjust Status, pursuant to Section 245 of the Immigration & Naturalization Act, to Texas Service Center of USCIS on May 6, 2005. Attached hereto as **Exhibit A** in an acknowledgement document by the USCIS.

11. An immigrant visa is also immediately available to the Plaintiff at the time of filing this Complaint, according to Visa Bulletin for December 2007 published by US Department of State.

12. Plaintiff is the beneficiary applicant. The primary applicant (Hongwei Zhu, alien number: A098737602)'s Immigrant Petition for Alien Worker (I-140) was filed on May 6, 2005 and has been approved on September 30, 2005. Approval notice is provided in **Exhibit B**.

13. According to online USCIS processing dates, Texas Service Center is currently processing I-485 applications filed 6 months before current date. Plaintiff's submission date is May 6, 2005, about **24** months earlier than the current processing time.

14. Since June 5, 2006, Plaintiff has been contacting USCIS about the case status by

phone to figure out the processing status of her case. Plaintiff learned that her I-485 application is still pending until now.

15. On September 3, 2006, Plaintiff sent a letter to President Bush regarding her name check status. On November 15, 20006, Plaintiff learned that the name check was processed and finalized on July 28, 2006 (as shown in **Exhibit C**).

16. Latest updated (October 6, 2006) Online Case Status shows that Plaintiff's case has been transferred to a local office for an interview (as shown in **Exhibit D**).

17. On January 15, 2007, Plaintiff submitted her change of address through USCIS Online Change of Address website (https://egov.uscis.gov/crisgwi/go?action=coa). On February 2, 2007, Plaintiff got a confirmation letter from USCIS (as shown in **Exhibit E**).

18. On October 17, 2007, Plaintiff made an InfoPass appointment at local USCIS office at Dover, DE. Plaintiff learned that her I485 application *has not* been transferred to this office and the case is still pending due to FBI background check.

19. Plaintiff also learned from InfoPass appointment that her address related to her I-485 application is still her previous address. On November 19, 2007, Plaintiff sent a letter to Texas Service Center to clarify this issue (as shown in **Exhibit F**). Plaintiff *has not* gotten any update or reply from USCIS since then.

20. Plaintiff has always complied with immigration and civil laws and has never been arrested or convicted of any crime and has never presented a security risk to the United States of America. Plaintiff has always been lawfully present in the United States since July 23, 2004.

21. The Plaintiff has been greatly damaged by the failure of Defendants to act in accord with their duties under the law. Specifically, Plaintiff, Nan Jiang, has been unable to obtain legal permanent residence and work without restriction.

22. Section 202 (8 U.S.C. § 1571) of the Title II of the American Competitiveness in Twenty-first Century Act of 2000 (AC21) clearly lays down the parameters of reasonableness in immigration adjudication, stating: "…It is the sense of Congress that the processing of an immigration benefit application should be completed not later than 180 days after the initial filing of the application."

23. Defendants are also required by 5 U.S.C. § 551 "within a reasonable time … to

conclude a matter presented...".

24. Some Federal District Courts have concluded in similar cases that petitioners have a clear right to have his or her application for lawful permanent residency status adjudicated within a reasonable period of time. (*Yu v. Brown*, 36F. Supp. 2d 922, 925 (D.N.M. 1999); *Agbemaple v. INS*, No. 97 C 8457, 1988 WL 292441 (N.D. Ill. May 18, 1988)).

25. The Defendants, in violation of the Administrative Procedures Act, 5 USC §701 et seq., are unlawfully withholding action on the Plaintiff's application and have failed to carry out the adjudicative functions delegated to them by law with regards to the Plaintiff's case.

26. The defendants have failed to properly adjudicate this petition. They have failed to adhere to their own regulations and have improperly delayed the processing of the Plaintiff's I-485 Application after the Plaintiff had submitted a properly executed application. It has been more than **30** months since the Plaintiff filed her I-485 application.

27. Defendants have clearly not adjudicated or enquired on behalf of the Plaintiff since May 6, 2005. It is *not* proper to take **30** months or longer to clear a FBI Background Check and set up an interview.

28. Defendants have sufficient information to determine Plaintiff's eligibility pursuant to applicable requirements and complete the processing procedures. The Plaintiff has exhausted available measurements to get her case adjudicated but the Defendants have clearly not given the Plaintiff any form of relief.

29. Defendants' delay in this case is, as a matter of law, arbitrary and not in accordance with the law. Defendants willfully, and unreasonably, have inappropriately refused to adjudicate the petition, thereby depriving them of the rights to which the Plaintiff is entitled.

### PRAYER

30. WHEREFORE, in view of the arguments and authority noted herein, the Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

    (a)   Assume jurisdiction over this cause;

(b) Declare that the Defendants' failure to act is illegal, arbitrary, capricious and abuse of discretion;

(c) Compel Defendants and those acting under them to perform their duty to act upon the Plaintiff's I-485 application for permanent residency;

(d) Grant attorneys fees and costs of court;

(e) Grant such other and further relief as this Court deems just and appropriate.

Dated: December 4, 2007        .

Respectfully Submitted,

*Nan Jiang* (signature)

Nan Jiang
PRO SE
171 Thorn Lane, Apt .12
Newark, DE 19711
Phone: 302-220-8371
Email: hongweizhu@gmail.com

# EXHIBITS

| EXHIBIT A | USCIS Receipt Notice of I-485 Application |
| --- | --- |
| EXHIBIT B | USCIS Approval Notice of I-140 Application |
| EXHIBIT C | FBI Letter Regarding Name Check Inquiry |
| EXHIBIT D | Case Status Online |
| EXHIBIT E | USCIS Letter Regarding Change of Address |
| EXHIBIT F | Letter Sent to Texas Service Center Regarding Address & Confirmation of Delivery |

Department of Homeland Security
U.S. Citizenship and Immigration Services

**EXHIBIT A**

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE | I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|---|
| SRC-05-151-51941 | | | |
| **RECEIVED DATE** | **PRIORITY DATE** | **APPLICANT** | A098 737 603 |
| May 5, 2005 | | | JIANG, NAN |
| **NOTICE DATE** | **PAGE** | | |
| May 6, 2005 | 1 of 1 | | |

NAN JIANG
3650 NICHOLSON DR 1214
BATON ROUGE LA 70802

Notice Type: Receipt Notice

Amount received: $ 385.00

Section: Derivative adjustment

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at **uscis.gov**.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
Customer Service Telephone: (800) 375-5283



Form I-797C (Rev. 08/31/04) N

- *Please save this notice for your records. Please enclose a copy if you have to write us or a U. S. Consulate about this case, or if you file another application based on this decision.*

- *You will be notified separately about any other applications or petitions you have filed.*

## Additional Information

### GENERAL.

The filing of an application or petition does not in itself allow a person to enter the United States and does not confer any other right or benefit.

### INQUIRIES.

You should contact the office listed on the reverse side of this notice if you have questions about the notice, or questions about the status of your application or petition. *We recommend you call.* However, if you write us, please enclose a copy of this notice with your letter.

### APPROVAL OF NONIMMIGRATION PETITION.

Approval of a nonimmigrant petition means that the person for whom it was filed has been found eligible for the requested classification. If this notice indicated we are notifying a U.S. Consulate about the approval for the purpose of visa issuance, and you or the person you filed for have questions about visa issuance, please contact the appropriate U.S. Consulate directly.

### APPROVAL OF AN IMMIGRANT PETITION.

Approval of an immigrant petition does not convey any right or status. The approved petition simply establishes a basis upon which the person you filed for can apply for an immigrant or fiance(e) visa or for adjustment of status.

A person is not guaranteed issuance of a visa or a grant of adjustment simply because this petition is approved. Those processes look at additional criteria.

If this notice indicates we have approved the immigrant petition you filed, and have forwarded it to the Department of State Immigrant Visa Processing Center, that office will contact the person you filed the petition for directly with information about visa issuance.

In addition to the information on the reverse of this notice the instructions for the petition you filed provide additional information about processing after approval of the petition.

For more information about whether a person who is already in the U.S. can apply for adjustment of status, please see Form I-485, *Application to Register Permanent Residence or Adjust Status.*

Department of Homeland Security
U.S. Citizenship and Immigration Services

**EXHIBIT B**

I-797, Notice of Action

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE | I140 |
|---|---|---|
| SRC-05-151-51575 | IMMIGRANT PETITION FOR ALIEN WORKER | |

| RECEIPT DATE | PRIORITY DATE | PETITIONER |
|---|---|---|
| May 6, 2005 | May 5, 2005 | ZHU, HONGWEI |

| NOTICE DATE | PAGE | BENEFICIARY A098 737 602 |
|---|---|---|
| September 30, 2005 | 1 of 1 | ZHU, HONGWEI |

HONGWEI ZHU
900 DEAN LEE DR UNIT 1406
BATON ROUGE LA 70820

Notice Type: Approval Notice
Section: Alien of Extraordinary
Ability, Sec.203(b)(1)(A)

The above petition has been approved. The person this petition is for will be notified separately when a decision is reached on his or her pending adjustment of status application.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
Customer Service Telephone: (800) 375-5283



Form I-797 (Rev. 01/31/05) N

- *Please save this notice for your records. Please enclose a copy if you have to write us or a U. S. Consulate about this case, or if you file another application based on this decision.*

- *You will be notified separately about any other applications or petitions you have filed.*

## Additional Information

### GENERAL.

The filing of an application or petition does not in itself allow a person to enter the United States and does not confer any other right or benefit.

### INQUIRIES.

You should contact the office listed on the reverse side of this notice if you have questions about the notice, or questions about the status of your application or petition. *We recommend you call.* However, if you write us, please enclose a copy of this notice with your letter.

### APPROVAL OF NONIMMIGRATION PETITION.

Approval of a nonimmigrant petition means that the person for whom it was filed has been found eligible for the requested classification. If this notice indicated we are notifying a U.S. Consulate about the approval for the purpose of visa issuance, and you or the person you filed for have questions about visa issuance, please contact the appropriate U.S. Consulate directly.

### APPROVAL OF AN IMMIGRANT PETITION.

Approval of an immigrant petition does not convey any right or status. The approved petition simply establishes a basis upon which the person you filed for can apply for an immigrant or fiance(e) visa or for adjustment of status.

A person is not guaranteed issuance of a visa or a grant of adjustment simply because this petition is approved. Those processes look at additional criteria.

If this notice indicates we have approved the immigrant petition you filed, and have forwarded it to the Department of State Immigrant Visa Processing Center, that office will contact the person you filed the petition for directly with information about visa issuance.

In addition to the information on the reverse of this notice the instructions for the petition you filed provide additional information about processing after approval of the petition.

For more information about whether a person who is already in the U.S. can apply for adjustment of status, please see Form I-485, *Application to Register Permanent Residence or Adjust Status*.

# EXHIBIT C



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-6001

WH 562060

November 15, 2006

Mrs. Nan Jiang
Unit 1406
900 Dean Lee Drive
Baton Rouge, LA 70820

Dear Mrs. Jiang:

    Your letter dated September 3, 2006, directed to President Bush concerning your name check status for immigration purposes, was forwarded to the Department of Justice and subsequently referred to the Federal Bureau of Investigation (FBI) for reply.

    A review of the FBI's Name Check Program database revealed that your request was received from the United States Citizenship and Immigration Services (USCIS) on May 13, 2005. This submission was processed and finalized on July 28, 2006. The results were forwarded to the USCIS Headquarters, Washington, D.C.

    I trust this information will be of assistance.

Sincerely,

Michael A. Cannon
Section Chief
National Name Check Program Section
Records Management Division

# EXHIBIT D

**Last Updated:** 10/06/2006

Receipt Number: SRC0515151941

Application Type: I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS

**Current Status: This case has been sent for a standard interview.**

Your case has been transferred to a local office and an interview will be scheduled. As part of our standard processing you will be sent a notice when the interview is scheduled, or if the office needs something from you. If you move while this case is pending, please use our Change of Address online tool to update your case with your new address. We process each kind of case in the order we receive them. You can use our processing dates to estimate when this case will be done. Follow the link below for current processing dates. You can also receive automatic e-mail updates as we process your case. To receive e-mail updates, follow the link below to register.

**EXHIBIT E**



U.S. Department of Homeland Security
Texas Service Center
P.O. Box 851488
Mesquite, TX 75185-1488

**U.S. Citizenship and Immigration Services**

Friday, February 2, 2007

NAN JIANG
171 THORN LN APT 12
NEWARK DE 19711

Dear Nan Jiang:

On 01/15/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The petitioner |
| **Attorney Name:** | |
| **Case type:** | I485 |
| **Filing date:** | Information not available |
| **Receipt #:** | SRC-05-151-51941 |
| **Beneficiary (if you filed for someone else):** | Jiang, Nan |
| **Your USCIS Account Number (A-number):** | A098737603 |
| **Type of service requested:** | Change of Address |

The status of this service request is:

Recently, you called us to update your address. We have updated your address in our systems and on your application or petition. Thank you for notifying us of your change of address. If you change your address again in the future, please contact customer service at the number provided below.

Thanks
XM205

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

One final note... When you called, you or your representative asked that we update your address on your pending case for the purpose of processing. We have updated your address. Your address now appears on your application or petition as the address shown above.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 02-02-2007 12:32 PM EST - SRC-05-151-51941



Nov. 19, 2007

Application Type: I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS

Applicant: **Nan Jiang**
Receipt Number: **SRC0515151941**


Dear Immigration Officer:

   I'm writing regarding my pending I485 application filed on May 5, 2005. It has been more than one year since last update (Oct. 6, 2006). The online status shows "*Your case has been transferred to a local office and an interview will be scheduled, ...*". While I learned through an Infopass appointment at the local office (Dover, DE) that my case is not in this office and the address associated with my I-485 is still my *previous* address.

   Actually, my *current* address is:
**171 Thorn Lane, Apt. 12**
**Newark, DE 19711**

   I have moved couple of times in the past two years. For each move, I have filed *AR-11, called USCIS and changed address online* to get my address updated. I did get the confirmation letters from USCIS for these address changes. In this case, I don't quite understand why the record in your system is still showing my previous address. This might be the direct reason that my case has been delayed for such a long time.

   I respectfully request that you update my I-485 address to my current address. Thank you so much!

Sincerely,


Nan Jiang
171 Thorn Lane, Apt. 12
Newark, DE 19711
Tel: 302-220-8371
Email: hongweizhu@gmail.com

## Receipt



## Online tracking result







**$JS 44 (Rev. 11/04)**

# CIVIL COVER SHEET

07-786

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Nan Jiang

**DEFENDANTS**
Michael Chertoff (Secretary of USDHS), Emilio T Gonzalez (Director of USCIS) Evelyn Upchurch (Director of TSC, USCIS), Robert Muller (Director of FBI)

**(b)** County of Residence of First Listed Plaintiff    New Castle
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

FILED 2007 DEC -5 AM 10: 34 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment |  | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land |  ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  |  |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Mandamus Action to Compel USCIS to Adjudicate Adjustment (green card) Application

Brief description of cause: 28 U.S.C. § 1361

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE 12/04/2007
SIGNATURE OF ATTORNEY OF RECORD
Nan Jian

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _07-786_

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

2007 DEC -5  AM 10: 35
FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I HEREBY ACKNOWLEDGE RECEIPT OF ____5____ COPIES OF AO FORM 85.

___12/05/2007___      _____/s/_____
(Date forms issued)      (Signature of Party or their Representative)

_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE: C.A.# __07-786__

CASE CAPTION: _____ v. _____

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

    I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received __12/05/2007__ by Plaintiff:

Signed: __Nan_____
Pro Se Plaintiff

Date Received __12/5/07__ by Clerk's office:

Signed: _____
Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable, Rule 4 mailed to plaintiff:

_____
Date mailed

_____
By Deputy Clerk

cc: Docketing Clerk

wp\forms\rule4receipt 2-04

[Stamp: 2007 DEC -5 AM 10:38 CLERK, U.S. DISTRICT COURT DISTRICT OF DELAWARE FILED]