AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Delaware

Nan Jiang

V.

Michael Chertoff, Secretary of DHS, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-786

TO: (Name and address of Defendant)

Evelyn Upchurch, Director
Texas Service Center
U. S. Citizenship and Immigration Services
Mesquite, TX 75185

FILED 2008 JAN -3 PM 1:33 CLERK, U.S. DISTRICT COURT DISTRICT OF DELAWARE

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nan Jiang
171 Thorn Lane, Apt. 12
Newark, DE 19711

an answer to the complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

DATE DEC 0 5 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12/05/2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Nan Jiang | ~~Ses~~ |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: See receipt

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: 

☐ Returned unexecuted: 

☐ Other (specify): 

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/05/2007
          Date

*Signature of Server*

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| Nan Jiang<br>171 Thorn Lane, Apt. 12<br>Newark, DE 19711<br><br>        Plaintiff,<br><br>vs.<br><br>Michael Chertoff, Secretary<br>Department of Homeland Security;<br><br>Emilio T. Gonzalez, Director<br>U. S. Citizenship and Immigration Services;<br><br>Evelyn Upchurch, Director<br>Texas Service Center<br>U. S. Citizenship and Immigration Services;<br><br>Robert Muller, Director<br>Federal Bureau of Investigation;<br><br>        Defendants. | Case No.: 07-786<br><br><br>COMPLAINT FOR WRIT<br>IN THE NATURE OF MANDAMUS &<br>DECLARATORY JUDGEMENT |

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2008 JAN -3 PH 1:33

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was this date served upon all counsel of record by placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address as follows:

Colm F. Connolly
United States Attorney's Office
District of Delaware
P.O. Box 2046
Wilmington, Delaware 19899

Michael Mukasey, Attorney General
U. S. Department of Justice
Office of the Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530

Wilmington, Delaware this ___third___ day of __January__, 02008___.

*Nan Jiang*

Nan Jiang

PRO, SE

171 Thorn Lane, Apt .12

Newark, DE 19711








**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7006 2150 0001 8467 8454**
Status: **Delivered**

Your item was delivered at 7:46 AM on December 10, 2007 in WASHINGTON, DC 20528.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

---

Site Map     Contact Us     Forms     Gov't Services     Jobs     Privacy Policy     Terms of Use     National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.     No FEAR Act EEO Data     FOIA



Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2150 0001 8467 8430**
Status: **Delivered**

Your item was delivered at 7:27 AM on December 10, 2007 in WASHINGTON, DC 20536.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA


**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2150 0001 8467 8447**
Status: **Processed**

Your item was processed and left our DALLAS, TX 75398 facility on December 7, 2007. No further information is available for this item.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2150 0001 8467 8478**
Status: **Delivered**

Your item was delivered at 3:17 AM on December 10, 2007 in WASHINGTON, DC 20535.

( Additional Details > )  ( Return to USPS.com Home > )



**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA


UNITED STATES POSTAL SERVICE

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2150 0001 8467 8461**
Status: **Delivered**

Your item was delivered at 1:10 PM on December 13, 2007 in WILMINGTON, DE 19801.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA


**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2150 0001 8467 8485**
Status: **Delivered**

Your item was delivered at 4:54 AM on December 10, 2007 in WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA